THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GARY WILCOX,

    Plaintiff,                                        CASE NO.: 8:11-cv-00010

v.

GLOBAL CREDIT & COLLECTION,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

GARY WILCOX (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(i) (Dismissal of Actions - Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, GLOBAL CREDIT & COLLECTION (Defendant), in this case.

                                                              RESPECTFULLY SUBMITTED,

                                                  By: /s/ James D. Pacitti_____
                                                      James D. Pacitti, Esq.
                                                      FBN: 119768
                                                      Krohn & Moss, Ltd
                                                      10474 Santa Monica Blvd, Suite 401
                                                      Los Angeles, CA 90025
                                                     Phone: (323) 988-2400 x 230
                                                     Fax: (866) 385-1408
                                                     Email: jpacitti@consumerlawcenter.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2011, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to Frank Springfield, Attorney for Defendant, at email address FSPRINGF@burr.com.

        s/ James D. Pacitti
        James D. Pacitti, Esq.
        Attorney for Plaintiff